IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TRE'VON A. WOODARDS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-00735-P |
| § | |
| ASSET PLUS COMPANIES LP *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 6. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. Since no objections were filed, the District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc). Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 2) is **DENIED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** on this **21st day** of **September, 2020.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE